

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-25-00217-CR

Roy Rodriguez **REYNA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CR1322
Honorable Jennifer Peña, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the judgment revoking community supervision is MODIFIED to reflect a $1,000 fine and $325 in court costs. All other aspects of the judgment remain unchanged. The judgment is AFFIRMED AS MODIFIED.

SIGNED October 22, 2025.

_____
Irene Rios, Justice